1  Douglas D. Gerrard, Esq.
   Nevada Bar No. 4613
2  dgerrard@gerrard-cox.com
   John M. Langeveld
3  Nevada Bar No. 11628
   jlangeveld@gerrard-cox.com
4  **GERRARD COX LARSEN**
   2450 Saint Rose Parkway, Suite 200
5  Henderson, Nevada  89074
   T: (702) 796-4000
6  F: (702) 796-4848
   *Attorneys for All Respondents*
7
8  Brigid M. Higgins, Esq.
   Nevada Bar No. 5990
9  bhiggins@blacklobello.law
   **BLACK & LOBELLO**
10 10777 W. Twain Ave., Suite 300
   Las Vegas, NV  89135
11 T: 702-869-8801
   F: 702-869-2669
12 *Attorneys for Respondents*
   *SHOTGUN CREEK INVESTMENTS, LLC;*
13 *SHOTGUN CREEK LAS VEGAS, LLC;*
   *SHOTGUN INVESTMENTS NEVADA, LLC*
14

Cathy L. Reece, Esq.
Arizona Bar No. 005932
creece@fclaw.com
Anthony W. Austin, Esq.
Nevada Bar No. 010850
aaustin@fclaw.com
**FENNEMORE CRAIG, P.C.**
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429
T: 602.916.5343
F:  602.916.5543
*Attorneys for Respondent*
*THE NORTHERN TRUST COMPANY*

(sidebar) **GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
O:(702)796-4000 F:(702)796-4848

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 16 BRADLEY J. BUSBIN, THE TRUSTEE OF<br>17 THE GONZALES CHARITABLE<br>REMAINDER UNITRUST ONE, | **Case No. 2:20-cv-01299-JCM** |
| 18                Appellant, | |
| 19 vs. | Related Cases: |
| 20 SHOTGUN CREEK INVESTMENTS, LLC;<br>SHOTGUN CREEK LAS VEGAS, LLC; | Case No. BK-S-18-12454-GS<br>Chapter 11 |
| 21 SHOTGUN INVESTMENTS NEVADA, LLC;<br>and THE NORTHERN TRUST COMPANY, | Case No. BK-S-18-12456-GS |
| 22 LLC,<br>               Respondents. | Case No. BK-S-18-12457-GS |
| 23 | **Adv. No. 19-01108-gs** |
| 24 | |
| 25 | **JOINT STIPULATION TO EXTEND<br>BRIEFING SCHEDULE<br>DEADLINES (FIRST REQUEST)** |
| 26 | |

27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
O:(702)796-4000 F:(702)796-4848

## JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE DEADLINES (FIRST REQUEST)

COME NOW, pursuant to LR 7-1, Appellant BRADLEY J. BUSBIN, THE TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE ("Gonzales Trust"), by and through its counsel of record, Mark Wray, Esq. of the Law Offices of Mark Wray, and Respondents SHOTGUN CREEK INVESTMENTS, LLC; SHOTGUN CREEK LAS VEGAS, LLC; SHOTGUN INVESTMENTS NEVADA, LLC; and THE NORTHERN TRUST COMPANY, LLC (collectively, "Lenders"), by and through their counsel of record, Douglas D. Gerrard, Esq., of the law firm of Gerrard Cox Larsen, hereby STIPULATE and AGREE as follows:

WHEREAS, this case presents unique factual and legal issues involving prior bankruptcy court proceedings, district court proceedings, and appeals proceedings, extending back 18 years, to 2002; and

WHEREAS, the record in this case is voluminous, and includes court transcripts, court orders, judgments, and appellate decisions, extending through the 18-year duration of this matter; and

WHEREAS, the parties now agree that they need additional time to fully brief this matter, and to also accommodate conflicting schedules and concurrent deadlines in other litigation;

WHEREAS, this is the first request by the undersigned to seek any extension of the briefing deadlines;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for

2    the named parties hereto, that Respondent Lenders shall have an additional seven (7) days to file their

3    Answering Brief in this matter, resetting the current deadline for the Respondent Lenders' Answering

4    Brief from Tuesday October 13, 2020 [ECF No. 17] to **Tuesday October 20, 2020**.  Relatedly, the parties

5    stipulate and agree to extend the current deadline for Appellant Gonzales Trust's Reply Brief (if any) by

6    an additional seven (7) days, from Tuesday October 27, 2020 [ECF No. 17] to **Tuesday November 3,**

7    **2020**.

8    **IT IS SO STIPULATED.**

9

10   Dated this 8th day of October, 2020          Dated this 8th day of October, 2020

11   **GERRARD COX LARSEN**                        **LAW OFFICES OF MARK WRAY**
      /s/ Douglas D. Gerrard, Esq.                  /s/ Mark Wray, Esq.
12   Douglas D. Gerrard, Esq.                     Mark Wray, Esq.
     Nevada Bar No. 4613                          Nevada Bar No. 4425
13   John M. Langeveld                            608 Lander Street
     Nevada Bar No. 11628                         Reno, Nevada 89509
14   2450 St. Rose Parkway, Suite 200             Attorneys for Appellants
     Henderson, NV 89074
15   Attorneys for all Respondents

16

17

18                   **IT IS SO ORDERED:**

19

20

21   UNITED STATES DISTRICT JUDGE

22    DATED:  October 9, 2020

23

24

25

26

27

28

**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
O:(702)796-4000 F:(702)796-4848