<table>
<tr><td>

Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
John M. Langeveld
Nevada Bar No. 11628
jlangeveld@gerrard-cox.com
**GERRARD COX LARSEN**
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada  89074
T: (702) 796-4000
F: (702) 796-4848
*Attorneys for All Respondents*

Brigid M. Higgins, Esq.
Nevada Bar No. 5990
bhiggins@blacklobello.law
**BLACK & LOBELLO**
10777 W. Twain Ave., Suite 300
Las Vegas, NV  89135
T: 702-869-8801
F: 702-869-2669
*Attorneys for Respondents*
*SHOTGUN CREEK INVESTMENTS, LLC;*
*SHOTGUN CREEK LAS VEGAS, LLC;*
*SHOTGUN INVESTMENTS NEVADA, LLC*

</td><td>

Cathy L. Reece, Esq.
Arizona Bar No. 005932
creece@fclaw.com
Anthony W. Austin, Esq.
Nevada Bar No. 010850
aaustin@fclaw.com
**FENNEMORE CRAIG, P.C.**
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429
T: 602.916.5343
F:  602.916.5543
*Attorneys for Respondent*
*THE NORTHERN TRUST COMPANY*

</td></tr>
</table>

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRADLEY J. BUSBIN, THE TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE,<br><br>Appellant,<br><br>vs.<br><br>SHOTGUN CREEK INVESTMENTS, LLC; SHOTGUN CREEK LAS VEGAS, LLC; SHOTGUN INVESTMENTS NEVADA, LLC; and THE NORTHERN TRUST COMPANY, LLC,<br><br>Respondents. | **Case No. 2:20-cv-01299-JCM**<br><br>Related Cases:<br><br>Case No. BK-S-18-12454-GS<br>Chapter 11<br><br>Case No. BK-S-18-12456-GS<br><br>Case No. BK-S-18-12457-GS<br><br>**Adv. No. 19-01108-gs**<br><br>**ERRATA STIPULATION TO CORRECT BRIEFING SCHEDULE DEADLINES [ECF No. 38] (FIRST REQUEST)** |

GERRARD COX LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
O:(702)796-4000 F:(702)796-4848

# ERRATA STIPULATION TO CORRECT
# BRIEFING SCHEDULE DEADLINES [ECF No. 38]
# (FIRST REQUEST)

COME NOW, pursuant to LR 7-1, Appellant BRADLEY J. BUSBIN, THE TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE ("Gonzales Trust"), by and through its counsel of record, Mark Wray, Esq. of the Law Offices of Mark Wray, and Respondents SHOTGUN CREEK INVESTMENTS, LLC; SHOTGUN CREEK LAS VEGAS, LLC; SHOTGUN INVESTMENTS NEVADA, LLC; and THE NORTHERN TRUST COMPANY, LLC (collectively, "Lenders"), by and through their counsel of record, Douglas D. Gerrard, Esq., of the law firm of Gerrard Cox Larsen, hereby STIPULATE and AGREE as follows:

On October 8, 2020, Gonzales Trust and the Lenders submitted a *Joint Stipulation to Extend the Briefing Schedule Deadlines (First Request)* (ECF No. 38) to the Court, for the purpose of extending the appellate briefing deadlines for **both** parties, by an additional seven (7) days; however, due to a drafting mistake, the 7-day extension to the new deadline for Gonzales Trust's Reply Brief (if any) was not added, and thus the Joint Stipulation contains an error.

On October 9, the 2020, the Court entered an Order granting the *Joint Stipulation to Extend the Briefing Schedule Deadlines (First Request)* (the "Order") [ECF No. 39].

Pursuant to the Stipulation and Order, the deadline for the Respondent Lenders to file their Answering Brief is now Tuesday October 20, 2020, which is correct. However, pursuant to the Stipulation and Order, the current deadline for Appellant Gonzales Trust to file a Reply Brief (if any), is now Tuesday November 3, 2020, which is not reflective of the Parties' agreement, and is an error.

Accordingly, Gonzales Trust and the Lenders, now submit this *Errata Stipulation To Correct Briefing Schedule Deadlines (First Request)*, for the purpose of correcting the error on the prior Stipulation, and to correct the briefing schedule as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, that Appellant Gonzales Trust shall have an additional seven (7 days) to file its Reply Brief (if any), resetting the current deadline for the Gonzales Trust's Reply Brief from Tuesday November 3, 2020 to **Tuesday November 10, 2020**.

**IT IS SO STIPULATED.**

Dated this 12th day of October, 2020

**GERRARD COX LARSEN**

 /s/ Douglas D. Gerrard, Esq.
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
John M. Langeveld
Nevada Bar No. 11628
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
Attorneys for all Respondents

Dated this 12th day of October, 2020

**LAW OFFICES OF MARK WRAY**

s/ Mark Wray, Esq.
Mark Wray
Nevada Bar No. 4425
608 Lander Street
Reno, Nevada 89509
Attorneys for Appellants

**IT IS SO ORDERED**: October 19, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE